January 5, 2015

Clerk
Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 09 2015

Abel Acosta, Clerk

Re: Petition for Discretionary Review (P.D.R)
Case No. PD-1363-14

Dear Clerk:

This letter is in reference to the above numbered case number for my Petition for Discretionary Review. (P.D.R.). As there was a miscommunication between my Appellate Mr. Mark A. Rubal, SDN No. 17360325, and myself in the regards to whom would file my P.D.R, the Court of Criminal Appeals has recieved a Pro Se petition as well as a petition completed by Mr. Rubal. At this time I would ask the Court to accept Mr. Rubal's P.D.R. on my behalf and nullify the Pro. Se petition.

Thank you for your assistance in this matter.

Respectfully,

Emmanuel Von Allen Evans

Emmanuel Von Allen Evans
TDCJ No. 1862965
Telford Unit
3899 State Hwy 98
New Boston, Texas 75570

cc file: CCA-1-1.